UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA ADAMS,

    Plaintiff,

v.                                                Case No: 8:11-cv-1464-T-30TBM

STRYKER CORPORATION and
STRYKER SALES CORPORATION,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Resolution (Dkt. #18). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of May, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1464 dismissal 18.docx